**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT STEPHEN COUTURIER, | NO. CV 16-8278-BRO(E) |
| Petitioner, | |
| v. | JUDGMENT |
| THE PRESIDING JUDGE OF THE LOS ANGELES SUPERIOR COURT, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: August 16, 2017.

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE